# FORD MOTOR CREDIT COMPANY *v.* Ross NESHEIM

84-318                                    682 S.W.2d 750

Supreme Court of Arkansas
Opinion delivered January 21, 1985

No response.

*Joe Tresp, Meredith Wineland,* and *Boswell, Smith &
Clardy,* by: *David E. Smith,* for appellee.

Per Curiam. This litigation is pending in the Pulaski
Chancery Court, Third Division. On October 26, 1984, the
chancellor entered an order granting the plaintiff's motion
to certify the case as a class action. On November 26, Ford
Motor Credit Company filed a petition in this court, No.
84-290, *Ford Motor Credit Company* v. *Judith Rogers,
Chancellor,* seeking a writ of prohibition to prohibit the
chancellor from proceeding with the case as a class action.
The petition for prohibition was accompanied by a record of
the pleadings and order in the chancery court, including
Ford Motor Credit Company's notice of appeal from the
October 26 certification order, but not including the testi-
mony at a hearing upon which the order was based. The
petition for prohibition is still pending, only the peti-
tioner's brief having been filed.

On December 21 Ross Nesheim and others, self-styled
appellees, filed a motion which was numbered by the clerk
as 84-318 and captioned *Ford Motor Credit Company,
Appellant,* v. *Ross Nesheim et al., Appellees.* The motion
asked (1) that the record in the prohibition case be treated as
the record in this appeal, and (2) that the appeal be dismissed
for want of a final order in this court.

As Ford Motor Credit Company's response points out, no appeal has been perfected from the October 26 certification order. The mere filing of a notice of appeal in the trial court does not transfer the case to this court. There being no appeal subject to dismissal, and no record in the case, the motion to dismiss the appeal is denied and this case, Number 84-318, is stricken from the docket.

(By inadvertence, the Court handed down a per curiam order on January 14, denying the motion to dismiss the appeal, but no opinion accompanied the order. The present opinion states the Court's position in denying the motion to dismiss the appeal.)